```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
             CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0095--CR (JKS)
                            "USA V ROGELIO REYES-ENCINAS"
                            DEF 1.1 REYES-ENCINAS, ROGELIO

              Including terminated defendants, excluding terminated counsel


    Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed:  07/21/04
            Closed:  04/26/05
 No. of Defendants:  1
    MJ Case Number:
                AKA: FELIPE PEREZ RUIZ, JOSE REYES SMITH, ISIDRO SOMBRA-LOPEZ, ROJELIO
                     REYES-ENCINAS, PEDRO PADILLA-MENDOZA
   Location status:  U.S. Custody
        Trial date:
        Terminated: YES
 Needs interpreter: YES
 Counsel of record: Mary C. Geddes
                    Federal Public Defender
                    550 W. 7th Avenue, Suite 1600
                    Anchorage, AK 99501
                    907-646-3400
                    FAX 907-646-3408
                    Serve: YES
                     Type: FPD
                     Role: Pretrial/Trial, Appeal

                    Michael A. Grisham
                    Patton Boggs
                    601 W. 5th Avenue, Suite 700
                    Anchorage, AK 99501
                    907-277-4900
                    Serve: YES
                     Type: CJA
                     Role: Other


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: James A. Goeke
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


Counts re: DEF 1.1 REYES-ENCINAS, ROGELIO
```

| Document   | Count | Citation and Description                                    | Disposition         |
|------------|-------|-------------------------------------------------------------|---------------------|
| 1 -  1 IND | 1     | 8:1326(a) & (b)(2) UNLAWFUL REENTRY AFTER DEPORTATION (F)   | Sentenced (56-1)    |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A04-0095--CR (JKS)
                               "USA V ROGELIO REYES-ENCINAS"

                                      For all filing dates


   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 07/21/04
            Closed: 04/26/05
No. of Defendants: 1


Document #   Filed      Docket text
──────────   ─────      ───────────
     1 -  1  07/21/04   [Re: DEF 1] PLF 1 Indictment.

  NOTE -  1  07/22/04   [Re: DEF 1] Issued WOA.

     2 -  1  07/22/04   [Re: DEF 1] MDJ Grand Jury Minutes re WOA to be issued; no bail set; in
                        DHS/ICE custody, ACCE.

  NOTE -  2  07/28/04   [Re: DEF 1] USM Notice of Availability of defendant.

  NOTE -  3  07/28/04   Notation: Proposed Trial Date Setting for Arr to USDJ.

     3 -  1  07/30/04   [Re: DEF 1] JDR Court Minutes [ECR: Robin Carter] re Arr on Indt hld
                        7/29/04; M. Geddes apptd; def pled not guilty; def detained; PTM's due
                        8/18; cnsl advised of trial date 9/27 at 9:00 a.m. cc: USA, FPD, USM,
                        USPO, Judge Sedwick

     4 -  1  07/30/04   [Re: DEF 1] Financial Affidavit.

     5 -  1  07/30/04   [Re: DEF 1] JDR Order of Detention Pending Trial. cc: USA, FPD, USM,
                        USPO

     6 -  1  07/30/04   [Re: DEF 1] JDR Order regarding preparation for trial re cnsl to meet &
                        confer by 8/2/04; PTM's due 8/18/04. cc: USA, FPD

     7 -  1  08/02/04   [Re: DEF 1] JWS Minute Order setting TBJ on 9/27/04 at 9:00 a.m. & FPTC
                        on 9/27/04 at 8:30 a.m. cc: USA, FPD, USM, USPO, MJ Roberts, JC

     8 -  1  08/02/04   [Re: DEF 1] JWS Minute Order that no reply memos to be fld unless
                        requested by USDJ or USMJ. cc: USA, FPD, MJ Roberts

     9 -  1  08/03/04   [Re: DEF 1] JWS Order appointing Y. Salazar-Hobrough as Spanish/English
                        interpreter for trial. cc: USA, FPD, Y. Salazar-Hobrough w/interpreter
                        package, Finance

    10 -  1  08/03/04   [Re: DEF 1] PLF 1 Discovery Conference Certificate.

    11 -  1  08/09/04   [Re: DEF 1] Return of WOA executed on 7/29/04.

    12 -  1  08/13/04   DEF 1 Unopposed motion to cont pretrial motions deadline to 9/10 w/att
                        aff.

    12 -  2  08/13/04   DEF 1 motion to compel w/att aff.

    13 -  1  08/13/04   DEF 1 motion to continue trial w/att aff.

    14 -  1  08/16/04   [Re: DEF 1] PLF 1 non-opposition to DEF 1 Unopposed motion to cont
                        pretrial motions deadline to 9/10 (12-1), DEF 1 motion to compel (12-2)
                        w/att decla.
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A04-0095--CR (JKS)
                              "USA V ROGELIO REYES-ENCINAS"
```

For all filing dates

```
Document #   Filed       Docket text

  15 -  1    08/16/04    DEF 1 Notice of unavailability of cnsl between 8/20 and 9/4.

  16 -  1    08/17/04    [Re: DEF 1] JDR Minute Order granting motion Unopposed motion to cont
                         pretrial motions deadline to 9/10 (12-1), motion to compel (12-2). cc:
                         USA, FPD

  17 -  1    08/19/04    [Re: DEF 1] JWS Minute Order granting mot to continue trial (13-1);
                         9/27/04 FPTC & TBJ are reset to 10/6/04 at 8:30 a.m. & 9:00 a.m.,
                         respectively. cc: USA, FPD, USM, USPO, MJ Roberts, JC

  18 -  1    09/08/04    DEF 1 motion on shortened time to permit defendant to represent himself
                         w/att aff.

  19 -  1    09/08/04    DEF 1 motion on shortened time for ex parte hearing before the district
                         court on defendant's request to represent himself w/att aff.

  20 -  1    09/08/04    DEF 1 motion on shortened time for stay of pretrial motion deadline
                         pending court's ruling on defendant Faretta request w/att aff.

  21 -  1    09/09/04    [Re: DEF 1] JDR Order granting motion on shortened time for stay of
                         pretrial motion deadline pending court's (20-1).  cc: USA, FPD

  22 -  1    09/09/04    [Re: DEF 1] JDR Order granting motion on shortened time for ex parte
                         hearing before the district court on de (19-1); hrg set 9/13/04 at 1:30
                         p.m. before MJ Roberts.  cc: FPD, USM,

  23 -  1    09/09/04    DEF 1 Objection to the assignment of a Faretta determination to the MJ
                         (on shortened time).

  24 -  1    09/13/04    [Re: DEF 1] JWS Minute Order referring to MJ Roberts mot on shortened
                         time to permit def to represent himself (18-1). cc: USA, FPD, MJ Roberts

  25 -  1    09/13/04    [Re: DEF 1] JDR Order re def's object's are overruled & the MJ shall
                         proceed w/the Farretta hrg & a R&R on the issue of def's self
                         representation. cc: FPD

  26 -  1    09/15/04    {SEALED}

  27 -  1    09/24/04    DEF 1 Notice of Intent to change plea.

  28 -  1    09/30/04    [Re: DEF 1] JWS Minute Order COP is set for 10/4/04 at 9:00 a.m..  FPTC
                         and TBJ set 10/6/04 are hereby VACATED. cc: AUSA, FPD, USM, USPO

  29 -  1    10/05/04    [Re: DEF 1] JWS Court Minutes [ECR: Caroline Edmiston] re: PCOP held
                         10/4/04; def pled guilty to ct 1 of Indt; det cont; def mot re:
                         enhancement due 10/12/04; plf response due 10/15/04; def reply due
                         10/19/04; crt to set  cont hrg on this matter following decision. cc:
                         USA, FPD, USM, USPO, MJ Roberts

  30 -  1    10/07/04    DEF 1 motion to strike w/att aff.

  31 -  1    10/15/04    [Re: DEF 1] PLF 1 opposition to DEF 1 motion to strike (30-1).

  32 -  1    10/15/04    DEF 1 joint Notice of intent to file substitution Information in
                         exchange or stipulated sentence.
```

```
          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET ENTRIES FOR CASE A04-0095--CR (JKS)
                       "USA V ROGELIO REYES-ENCINAS"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 33 - 1 | 10/18/04 | [Re: DEF 1] JWS Minute Order denying motion to strike (30-1).  cc: USA, FPD |
| 34 - 1 | 12/03/04 | DEF 1 motion (ex parte) for hearing on defendant's request for change in representation w/att aff. |
| 35 - 1 | 12/06/04 | [Re: DEF 1] JWS Order granting mot for hrg on def's req for change in representation (34-1); hrg set 12/8/04 @ 8:30 a.m.. cc: FPD, USM, USPO |
| 36 - 1 | 12/08/04 | {SEALED} |
| 37 - 1 | 12/08/04 | [Re: DEF 1] JWS Minute Order recusing himself; case is re-assigned to Judge Singleton; use case number A04-095 CR (JKS) on future filings. cc: USA, FPD, USM, USPO, MJ Roberts, Judge Singleton |
| 38 - 1 | 12/10/04 | [Re: DEF 1] JKS Minute Order re status hrg set for 12/20/04 at 11:30 a.m. cc: USA, FPD, USM, USPO, MJ Roberts |
| 39 - 1 | 12/14/04 | DEF 1 Notice of Intent to change plea. |
| 40 - 1 | 12/15/04 | [Re: DEF 1] AMENDED JWS Court Minutes [ECR: Caroline Edmiston] re PCOP hrg hld 10/4/04; def detained; def mot re: enhancement due 10/12/04; plf response due 10/15/04; def reply due 10/19/04; crt to set cont hrg on this matter following decision; crt found excludable delay. cc: USA, FPD, USM, USPO, MJ Roberts |
| 41 - 1 | 12/15/04 | [Re: DEF 1] JKS Minute Order re status hrg set for 12/20/04 at 11:30 a.m. is RESET as a PCOP hrg for 12/20/04 at 11:00 a.m. cc: USA, FPD, USM, USPO, MJ Roberts |
| 42 - 1 | 12/15/04 | [Re: DEF 1] Transcript re: PCOP rg held 10/04/04. |
| 43 - 1 | 12/20/04 | [Re: DEF 1] JKS Court Minutes [ECR: Caroline Edmiston] re PCOP hrg hld 12/20/04; def pled guilty; IOS set for 4/1/05 at 9:00 a.m.; def detained. cc: USA, FPD, USM, USPO, MJ Roberts |
| 44 - 1 | 02/09/05 | [Re: DEF 1] JKS Minute Order re IOS set for 4/1/05 is RESET for 4/4/05 at 9:00 a.m. cc: USA, FPD, USM, USPO |
| 45 - 1 | 03/15/05 | DEF 1 motion to extend time to 3/29/05 to respond to draft PSR. |
| 46 - 1 | 03/22/05 | [Re: DEF 1] JKS Minute Order granting motion to extend time to 3/29/05 to respond to draft PSR (45-1); the final PSR to be disclosed to cnsl by 4/5/05; IOS RESET to 4/14/05 at 10:00 a.m; sent memos due 4/12/05. cc; USA, FPD, USM, USPO |
| 47 - 1 | 04/12/05 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 48 - 1 | 04/12/05 | DEF 1 Sentencing Memorandum. |
| 49 - 1 | 04/13/05 | DEF 1 Errata to sentencing memo w/att letters. |
| 50 - 1 | 04/14/05 | [Re: DEF 1] JKS Court Minutes [ECR: Elisa Singleton] re Imposition of Sentence (held 4/14/05); matter cont to 4/18/05 at 9:00 am. cc: USA, FPD, USM, USPO |

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A04-0095--CR (JKS)
                             "USA V ROGELIO REYES-ENCINAS"

                                   For all filing dates


 Document #   Filed      Docket text

    51 -   1  04/15/05   [Re: DEF 1] Transcript re PCOP held 12/20/04.

    52 -   1  04/15/05   DEF 1 Notice of authority

    53 -   1  04/18/05   [Re: DEF 1] JKS Court Minutes [ECR: April Karper/Caroline Edmiston] re
                         I.O.S. (held 04/18/05); Status Hearing/Continued Imposition of Sentence
                         04/25/05 at 2:00 p.m.  cc: USA, FPD, USPO, USM.

    54 -   1  04/21/05   DEF 1 Supplemental Sentencing Memorandum.

    55 -   1  04/26/05   [Re: DEF 1] JKS Court Minutes [ECR: Caroline Edmiston/April Karper] re
                         I.O.S. (held 04/25/05); Sentenced as stated in the judg; def's oral mot
                         to eliminate references to def's convictions #37,38,39 & 40 Granted;
                         def's oral mot to reduce sentence by 45 days Granted. cc: USA, USPO,
                         USM, FPD.

    56 -   1  04/26/05   [Re: DEF 1] JKS Judgment pleaded guilty to count(s) 1 of the Indictment
                         (1-1); sent 1185 days; SR 36 mos; SA $100. cc: USA, FPD, USM, USPO, MJ
                         Roberts, Finance, FLU, def w/cnsls cy

    57 -   1  04/29/05   DEF 1 motion to stay times for appeal for correction of sentence w/att
                         aff.

    58 -   1  04/29/05   DEF 1 motion to appoint independent counsel w/att aff.

    59 -   1  05/04/05   [Re: DEF 1] JKS Minute Order granting motion to stay times for appeal
                         for correction of sentence (57-1), motion to appoint independent counsel
                         (58-1); time for notice of appeal ext from 5/6/05 to 6/6/05; FPD to
                         select from the CJA panel a lweryer as directed to meet w/def fro
                         limited purpose of advising him of his right to w/d his plea; FPD to
                         notify crt & def ASAP re name of apptd atty; new atty to meet & confer
                         w/def ASAP & file mot to w/d plea, if any, due 6/1/05 at 4:00 p.m.; M.
                         Geddes to remain as cnsl of record for def & responsible for his appeal,
                         unless & until expressly relieved of her responsibility. cc: USA, FPD,
                         FPD CJA Clerk

    60 -   1  05/05/05   DEF 1 motion to provide recording of the representation ex parte hrg hld
                         12/8/04.

    61 -   1  05/09/05   [Re: DEF 1] CJA appointment of M. Grisham.

    62 -   1  05/09/05   [Re: DEF 1] JKS Order granting motion to provide recording of the
                         representation ex parte hrg hld 12/8/04 (60-1). cc: USA, FPD, ECR

    63 -   1  06/01/05   DEF 1 Limited Attorney Appearance of M. Grisham.

    64 -   1  06/01/05   DEF 1 motion for withdrawal of plea w/att aff.

  NOTE -   5  06/02/05   Notation: DOCKET 65 IS AN UN-USED DOCKET NUMBER.

    66 -   1  06/06/05   DEF 1 appeal to 9CCA of (56-1) filed 04/26/05. cc:M. Geddes, Judge
                         Singleton, USM, PO, 9CCA

  NOTE -   4  06/08/05   Transmittal: Forwarded notice of appeal (66-1) to 9CCA.

    67 -   1  06/08/05   [Re: DEF 1] Cy 9CCA Time Schedule Order. (66-1) cc:USA, FPD, USM, PO,
                         ECR, Judge Singleton, 9CCA (original)

ACRS: R_RDSDX                   As of 12/27/05 at 09:10 AM by GARRY                       Page 4
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE A04-0095--CR (JKS)
                              "USA V ROGELIO REYES-ENCINAS"

                                   For all filing dates

Document #    Filed       Docket text

    68 -  1   06/09/05    [Re: DEF 1] PLF 1 motion to strike defendant's motion for withdrawal of
                          plea.

    69 -  1   06/16/05    [Re: DEF 1] Partial Transcript of Status Hearing/IOS (held 04/25/05).

    70 -  1   06/30/05    [Re: DEF 1] JKS Minute Order denying motion for withdrawal of plea
                          (64-1), denied as moot motion to strike defendant's motion for
                          withdrawal of plea (68-1).  cc: AUSA, FPD, USM, USPO, M. Grisham

    71 -  1   08/12/05    [Re: DEF 1] Transcript of Imposition of Sentence (held 04/14/05).

    72 -  1   08/12/05    [Re: DEF 1] Transcript of Imposition of Sentence (held 04/18/05).

    73 -  1   08/12/05    [Re: DEF 1] Partial Transcript of Status Hearing/Imposition of Sentence
                          (held 04/25/05).
```