UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: January 29, 2006

To: United States Court of Appeals           ATTN: ( ) CIVIL
    For the Ninth Circuit
    Office of the Clerk                            (XX) CRIMINAL
    95 Seventh Street
    San Francisco, California 94103        ( ) JUDGE

From: Dan Maus
      US District Court for Alaska
      222 West 7th Avenue, #4
      Anchorage, Alaska 99513


DC No: 3:04-CR-00095-JKS           Appeal No: 05-30287

Short title: USA v. REYES-ENCINAS

Composition of Record

Clerk's Files in 2 volumes   (xxxx) original        () certified copy

    Bulky docs. _____ volumes, docket # _____
                                   (folders)

Reporter's in _____ volumes   () original   () certified copy
Transcripts

Exhibits:  in _____
    _____ envelopes   () under seal

        in _____ boxes   () under seal

Other: **1 SEALED VOLUME**
(please note any documents filed under seal)


Acknowledgement: _____   Date: _____
"record.app" [11/21/97]