**FILED**

NOT FOR PUBLICATION

FEB 16 2006

UNITED STATES COURT OF APPEALS

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 1 3 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 05-30287 |
| Plaintiff-Appellee, | D.C. No. CR-04-00095-JKS |
| v. | |
| ROGELIO REYES-ENCINAS, | MEMORANDUM* |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Alaska
James K. Singleton, Chief Judge, Presiding

Submitted February 13, 2006**

Before: FERNANDEZ, RYMER, and BYBEE, Circuit Judges.

Rogelio Reyes-Encinas appeals his 41-month sentence imposed following
his guilty plea to illegal reentry following deportation, in violation of 8 U.S.C.
§ 1326. We have jurisdiction pursuant to 18 U.S.C. § 3742, and we affirm.

---

\*      This disposition is not appropriate for publication and may not be
cited to or by the courts of this circuit except as provided by 9th Cir. R. 36-3.

\*\*      This panel unanimously finds this case suitable for decision without
oral argument. *See* Fed. R. App. P. 34(a)(2).

05-30287

Rogelio Reyes-Encinas contends that the district court violated his Sixth Amendment rights by imposing a sentence in excess of the two-year maximum set forth in 8 U.S.C. § 1326(a) based on a prior conviction that was neither proved to a jury nor admitted during the plea colloquy. This contention is foreclosed. *See United States v. Weiland*, 420 F.3d 1062, 1079 & n.16 (9th Cir. 2005), *petition for cert. filed*, No. 05-8847 (filed Jan. 23, 2006); *United States v. Moreno-Hernandez*, 419 F.3d 906, 914 & n.8 (9th Cir.), *cert. denied*, 126 S. Ct. 636 (2005); *United States v. Von Brown*, 417 F.3d 1077, 1078-79 (9th Cir. 2005) (per curiam).

**AFFIRMED.**

A TRUE COPY
CATHY A. CATTERSON
CLERK OF COURT
ATTEST

MAR 10 2006

by:
Deputy Clerk

2